UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


JAMES DAVID DUNCAN,

        Plaintiff,

v.                              3:12-cv-145


HENRY DANIEL FORRESTER III,

        Defendant.


## JUDGMENT ORDER


      For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.


     **ENTER:**

                                                s/ Thomas W. Phillips
                                      United States District Judge

ENTERED AS A JUDGMENT
     *s/ Debra C. Poplin*
     CLERK OF COURT